[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 26, 2010
JOHN LEY
CLERK

No. 10-12045
Non-Argument Calendar

_____

D. C. Docket No. 1:06-cv-00202-JRH-WLB

MARY JANE HARRIS,
HENRY HARRIS, JR.,

PlaintiffsAppellants,

versus

AUGUSTA, GEORGIA,
RONALD STRENGTH, individually and
in his official capacity as Sheriff of
Richmond County,
JIMMY WYLDS, individually as Supervisor
of Deputy Charles McDowell and in his
official capacity as an officer of the Richmond
County Sheriff's Office,
CHARLES MCDOWELL, individually and in his
official capacity as an officer of the Richmond
County Sheriff's Office,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Georgia
_____

(August 26, 2010)

Before DUBINA, Chief Judge, TJOFLAT and ANDERSON, Circuit Judges.

PER CURIAM:

Appellants Mary Jane and Henry Harris appeal from the district court's grant of summary judgment in favor of the City of Augusta, Georgia, Richmond County Sheriff Ronnie Strength, and Officer Jimmy Wylds. The Appellants' brought federal claims pursuant to 42 U.S.C. § 1983 and state law claims for negligence, negligent retention, negligent training and supervision, and loss of consortium. Both the federal and state claims were brought in connection with another officer's handling of an alleged noise ordinance violation at the Appellants' home.[1]

After reviewing the record and the parties' briefs, we affirm based on the well-reasoned Order entered by the district court on April 1, 2008.

**AFFIRMED.**

---

[1]Deputy Charles McDowell, the officer at the scene, was terminated following an investigation into Harris's allegations. The complaint named McDowell as a co-defendant, but after he failed to answer the complaint, default was entered against him. He has not filed an appeal.